UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN MENDOZA RAMOS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; UNITED TITLE OF NEVADA, INC.; MTC FINANCIAL, INC.; DOES I through X; and ROES I through X,<br><br>Defendants. | Case No.: 3:12-cv-00083-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

Plaintiff JOAQUIN MENDOZA RAMOS, by and through their counsel of record, Bryan Hunt, Esq. of the law firm The Law Offices of Bryan Hunt, PLLC; Defendant WELLS FARGO BANK, N.A. by and through their attorney of record Donna M. Osborn, Esq. of the law firm Wright, Finlay & Zak, LLP, Defendant, MTC FINANCIAL, INC. by and through their attorney of record Richard Reynolds, Esq. of the law firm Turner, Reynolds, Greco & O'Hara agree and stipulate as follows:

///

///

///

///

1. That this matter, including any and all claims, counterclaims, and crossclaims that were asserted or that could have been asserted by the Parties against one another shall be dismissed as to all Defendants with prejudice.

2. That each of the Parties shall bear their own attorneys' fees and costs.

DATED this 21 day May, 2012.

WRIGHT, FINLAY & ZAK, LLP

/s/ Donna M. Osborn, Esq.
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Wells Fargo Bank, N.A*


TURNER, REYNOLDS, GRECO & O'HARA

/s/ Richard Reynolds, Esq.
Richard Reynolds, Esq.
Nevada Bar # 11864
16485 Laguna Canyon Road, Suite 250
Irvine, CA  92618
*Attorney for Defendant MTC Financial*

LAW OFFICES OF BRYAN HUNT, PLLC.

/s/ Bryan Hunt, Esq.
Bryan Hunt, Esq.
NV Bar #11163
8871 W. FLAMINGO RD, STE 202
LASVEGAS, NV 89147
*Attorney for Plaintiff*

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter, including any and all claims, counterclaims, or crossclaims that were asserted or could have been asserted by the Parties against one another, is dismissed with prejudice as to Defendants, WELLS FARGO BANK, N.A. and MTC FINANCIAL, INC. (collectively referred to as "Defendants"), and all other Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each of the Parties is to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this case is hereby closed.

**IT IS SO ORDERED.**

DATED this 25th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE